UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------------

JAN KONOPCA,

                       Plaintiff,

  -against-

RECOVERY MANAGEMENT SERVICES, INC.,
                Defendant.
------------------------------------------------------------------

Civil No.:3:14-CV-00189-MAS-LHG

### NOTICE OF VOLUNTARY DISMISSAL

Whereas no party has filed an Answer to the Complaint filed in this action, the Plaintiff hereby voluntarily dismisses this action against Defendant RECOVERY MANAGEMENT SERVICES, INC., and discontinues his claims against the Defendant in the above-captioned matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dated:      Brooklyn, New York
             April 29, 2014        /s/ Yitzchak Zelman
                                       Yitzchak Zelman, Esq. (YZ5857)
                                       LAW OFFICE OF ALAN J. SASSON, P.C.
                                       1669 East 12 Street, 2nd Floor
                                       Brooklyn, New York 11229
                                       Phone:   (718) 339-0856
                                       *Attorney for the Plaintiff*

So Ordered this _1st_ day of _May_, 20_14_